UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHN WILLIAM SCOTT**, individually and as next friend for minor children S.W.S., A.J.S. and A.J.S.,

    Plaintiff,

v.     Case No. 3:25-cv-974-TKW-HTC

**NOAH SHAW**,

    Defendant.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14) and Plaintiff's objection (Doc. 15). The Court reviewed the issues raised in the objection de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that the Court should abstain from exercising jurisdiction over the claims in this case based on the "domestic relations exception" to federal jurisdiction. Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to dismiss (Doc. 11) is GRANTED, and this case is DISMISSED without prejudice under the "domestic relations exception" to federal jurisdiction.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 8th day of December, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**